UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| THANH CHI LE | CASE NO. 6:25-CV-01241 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| BRIAN PATTERSON | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED ADJUDGED AND DECREED** that this suit be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

**THUS DONE AND SIGNED** in chambers this 17th day of November, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE